Cato *et al.* v. Easterlin *et al.*—Opinion of Court.

WILL CATO, SYLVIA CATO, LUCIUS CATO, T. C. BRYANT AND
J. B. DOUGLAS, *Appellants,* v. G. W. EASTERLIN AND G.
B. GODWIN, PARTIES DOING BUSINESS AS G. W. EAST-
ERLIN & COMPANY, *Appellees.*

In the absence of proof of the value of the property claimed, or
evidence to authorize the finding of a money decree against the
claimants to property sought to be foreclosed, such decree as to
the claimants will be reversed.

This case was decided by the court *En Banc.*

Appeal from Circuit Court for Alachua county.

The facts in the case are stated in the opinion of the
court.

*Evans Haile* for appellants.

*Christopher Matheson* for appellees.

PER CURIAM.—Easterlin & Company filed their bill to
foreclose a chattel mortgage executed by Will Cato; an
ancillary attachment was sued out at the same time, and the
property seized thereunder was claimed by Sylvia and
Lucius Cato who gave bond with T. C. Bryant and J. B.
Douglas as sureties. A final decree was entered adjudging
the mortgagor and the claimants and the sureties indebted
for the full amount of the balance of the unpaid mortgage.
As to the mortgagor this court finds no reversible error com-
mitted, and as to him the decree is affirmed; but as to the
claimants and sureties there was not one scintilla of proof
of the value of the property claimed, and no evidence to
authorize the finding of any money decree, and as to them
the decree is reversed, with directions to take such further
proceedings as may accord with equity and this opinion.

The costs of this appeal will be taxed against the ap-
pellees.

All concur, except CARTER, J., absent.